IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDISON ARTHUR STURGESS,** | : | |
| Petitioner | : | |
| | : | No. 1:22-cv-419 |
| v. | : | |
| | : | (Judge Kane) |
| **HECTOR JOYNER,** | : | |
| Respondent | : | |

# ORDER

**AND NOW**, this 27th day of June, 2022, upon consideration of the petition (Doc. No. 1) for writ of habeas corpus, and the Respondent's suggestion of mootness (Doc. No. 20), and for the reasons set forth in the accompanying Memorandum, **IT IS ORDERED THAT**:

1. The petition (Doc. 1) for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** as moot; and

2. The Clerk of Court is directed to **CLOSE** this case.

s/ Yvette Kane
Yvette Kane, District Judge
United States District Court
Middle District of Pennsylvania
